1  WILDMAN, HARROLD, ALLEN & DIXON LLP
2  Michael Dockterman (*pro hac vice application to be filed*)
   dockterman@wildman.com
3  225 West Wacker Drive, Suite 2800
4  Chicago, IL 60606-1229
   Telephone: (312) 201-2000
5  Facsimile: (312) 201-2555

6  Dominique R. Shelton (SBN 157710)
7  dshelton@wildman.com
   Clinton J. McCord (SBN 204749)
8  9665 Wilshire Boulevard, Suite 200
   Los Angeles, CA 90212
9  Telephone: (310) 860-8700
10 Facsimile: (310) 860-3800

11 Attorneys for Plaintiffs Digitas, Inc., and Starcom MediaVest
12 Group, Inc. d/b/a Spark Communications

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAS, INC., AND STARCOM MEDIAVEST GROUP, INC. d/b/a SPARK COMMUNICATIONS<br><br>Plaintiff,<br><br>v.<br><br>BIZCN.COM d/b/a CNOBIN.COM, ROOT ESOLUTIONS and EVERYDNS.NET,<br><br>**Defendants.** | CASE NO. 3:09-cv-04553-SI<br><br>**STIPULATION BETWEEN PLAINTIFFS AND EVERYDNS FOR ENTRY OF PERMANENT INJUNCTION AGAINST EVERYDNS TO PREVENT EVERYDNS FROM ENABLING INFRINGING WEB SITES; AND [PROPOSED] ORDER THEREON**<br><br>Date:          September 30, 2009<br>Time:         Unknown<br>Courtroom  10<br>Judge:        Hon. Illston<br>Action Filed: September 25, 2009<br>Trial Date:  TBD |

## STIPULATION BETWEEN PLAINTIFFS AND EVERYDNS FOR ENTRY OF PERMANENT INJUNCTION AGAINST EVERYDNS

WHEREAS, Plaintiffs Starcom MediaVest Group, Inc. d/b/a Spark Communications ("Spark"), and Digitas, Inc. ("Digitas") (collectively "Plaintiffs"), filed an original complaint on September 25, 2009, and a First Amended Complaint ("Complaint" or "action") against Bizcn.com d/b/a Cnobin.com ("Bixcn"), root eSolutions d/b/a Root.lu ("Root"), and EveryDNS.net ("EveryDNS") (collectively "Defendants") on September 28, 2009 (Dkt. 9).

WHEREAS, Plaintiffs brought this action to stop Defendants from facilitating a known hacker's creation of unauthorized and infringing web sites located at http://spark-smg.com ("Knockoff Site"); and http://digitas-usa.com ("Knockoff Site 2"), collectively "Knockoff Sites". Whereas the domains for the Knockoff Sites (hereinafter "Knockoff Domains"), incorporate Plaintiffs' respective trademarks, in their entirety.

WHEREAS, the Knockoff Site copies Plaintiff Spark's legitimate web site located at http://sparksmg.com ("Spark Site") in its entirety to perpetrate fraudulent schemes. The Knockoff Site 2 copies Plaintiff Digitas' legitimate web site located at http://digitas.com ("Digitas Site") in its entirety to perpetrate fraudulent schemes.

WHEREAS, Defendant EveryDNS acknowledges service of the Complaint.

WHEREAS, Plaintiffs and EveryDNS have agreed that EveryDNS will resolve this dispute by permanently, and forever disabling the Knockoff Sites such that they cannot be accessed through EveryDNS technology.

WHEREAS Defendant EveryDNS confirmed that (a) as of September 29, 2009 it had permanently disabled the Knockoff Site (located at http://spark-smg.com); and (b) as of September 28, 2009, it had permanently disabled the Knockoff Site 2 (located at http://digitas-usa.com site); and (c) EveryDNS is not affiliated with or related to the domain name registrar Bizcn, or any other domain

name registrar for the Knockoff Sites.

WHEREAS Defendant EveryDNS does not oppose Plaintiffs' <u>Supplemental</u> Ex parte Application for a Temporary Restraining Order; AND agrees to permanently disable the Knockoff Sites. WHEREAS Plaintiffs will be entitled to seek all remedies, including attorneys fees, damages and restitution if the Knockoff Sites are facilitated or enabled through EveryDNS in the future and does not therefore have the ability to transfer ownership of the Knockoff Domains to Plaintiffs.

NOW THEREFORE, THE PLAINTIFFS AND DEFENDANT EVERYDNS DO HEREBY STIPULATE AS FOLLOWS:

**EVERYDNS WILL BE PERMANENTLY ENJOINED from: Facilitating or enabling, through EveryDNS, the continued operation of the Knockoff Site at http://spark-smg.com and the Knockoff Site 2 at http://digitas-usa.com.**

Dated: September 29, 2009         WILDMAN, HARROLD, ALLEN & DIXON LLP

_____
DOMINIQUE R. SHELTON
WILDMAN, HARROLD, ALLEN & DIXON LLP

Attorneys for Plaintiffs Digitas, Inc. and Starcom MediaVest Group, Inc. d/b/a Spark Communications

Dated: September ___, 2009        EVERYDNS.NET

_____
DAVID ULEVITCH

---
3
STIPULATION AND [PROPOSED] ORDER

2006424-1

**IT IS SO ORDERED**

DATED: __9/30__, 2009        By: _____
                                  Hon. Susan Illston
                                  United States District Judge

## CERTIFICATE OF SERVICE

Vertice Williams, an employee of the firm Wildman, Harrold, Allen & Dixon LLP, hereby certifies that she caused a true and correct copy of the foregoing **STIPULATION BETWEEN PLAINTIFFS AND EVERYDNS FOR ENTRY OF PERMANENT INJUNCTION AGAINST EVERYDNS TO PREVENT EVERYDNS FROM ENABLING INFRINGING WEB SITES; AND [PROPOSED] ORDER THEREON** to be served upon the following-named persons, via E-Mail/PDF, on September 29, 2009:

Bizcn.com, Inc. d/b/a
Cnobin.com
2200 Powell St., Suite 1085
Emeryville, CA 94608-1877
E-Mail: INFO@CNOBIN.COM

David Ulevitch
Everydns.net
2601 Greenwich #4
San Francisco, CA 94123
E-Mail: DAVID@ULEVITCH.COM;
ABUSE@EVERYDNS.NET

Root eSolutions
35 Rue John F. Kennedy
L-7327 Steinsel
Luxembourg
E-Mail: INFO@ROOT.LU;
AB@ROOT.LU

_/s/ Vertice Williams_
Vertice Williams