WILDMAN, HARROLD, ALLEN & DIXON LLP
Michael Dockterman (*pro hac vice application to be filed*)
dockterman@wildman.com
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
Telephone:   (312) 201-2000
Facsimile:   (312) 201-2555

Dominique R. Shelton (SBN 157710)
dshelton@wildman.com
Clinton J. McCord (SBN 204749)
9665 Wilshire Boulevard, Suite 200
Los Angeles, CA  90212
Telephone:   (310) 860-8700
Facsimile:   (310) 860-3800
Attorneys for Plaintiff Starcom MediaVest
Group, Inc. d/b/a Spark Communications

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARCOM MEDIAVEST GROUP, INC. d/b/a SPARK COMMUNICATIONS<br><br>Plaintiffs,<br><br>v.<br><br>BIZCN.COM d/b/a CNOBIN.COM, ROOT ESOLUTIONS, EVERYDNS.NET,<br><br>Defendants. | CASE No. <u>3:09-cv-04553-SI</u><br><br>**[PROPOSED] ORDER ON *EX PARTE* APPLICATION OF PLAINTIFFS FOR ORDER ALLOWING ALTERNATE METHOD FOR SERVICE OF PROCESS [FRCP 4]**<br><br>Date:          October 15, 2009<br>Time:          10:00 a.m.<br>Courtroom   10<br>Judge:         Hon. Susan Illston<br>Action Filed: September 25, 2009<br>Trial Date:   TBD |

2009776                                              [PROPOSED] ORDER

WILDM
ALLEN
9665 W
Suite 2(
Beverly
310-860-3800

1   WHEREAS, the Court has reviewed Plaintiffs' Ex Parte Application for Order

2   Allowing Alternate Method For Service of Process, and the Supplemental Declaration

3   of Dominique Shelton in support thereof, and having found good cause exists for the

4   relief requested, grants the application.

5   Service of process on Defendant Bizcn by e-mail delivery of the First Amended

6   Complaint and *ex parte* application and supporting papers to this defendant on

7   September 30, 2009, was effective service under Federal Rule of Civil Procedure

8   4(f)(3) and 4(h)(2).

9   **IT IS SO ORDERED.**

10

11

12   DATED: _____, 2009.

13

14   _____
    Hon. Susan Illston
    United States District Judge

15

16

17

18   Order prepared by:

19

    Dominique R. Shelton (dshelton@wildman.com)

20   Clinton J. McCord (mccord@wildman.com)
    9665 Wilshire Boulevard, Suite 200

21   Los Angeles, CA  90212

22   Telephone:  (310) 860-8700
    Facsimile:    (310) 860-3800

23

24

25

26

27

WILDMAN, HARROLD,
ALLEN & DIXON, LLP
9665 Wilshire Blvd.,
Suite 200
Beverly Hills, CA 90212
310-860-3800

2005732                                    1                        [PROPOSED] ORDER