1  WILDMAN, HARROLD, ALLEN & DIXON LLP
2  Michael Dockterman (*pro hac vice application to be filed*)
   dockterman@wildman.com
3  225 West Wacker Drive, Suite 2800
4  Chicago, IL 60606-1229
   Telephone:  (312) 201-2000
5  Facsimile:   (312) 201-2555

6  Dominique R. Shelton (SBN 157710)
7  dshelton@wildman.com
   Clinton J. McCord (SBN 204749)
8  9665 Wilshire Boulevard, Suite 200
9  Los Angeles, CA  90212
   Telephone:  (310) 860-8700
10 Facsimile:   (310) 860-3800

11
   Attorneys for Plaintiffs Digitas, Inc., and Starcom MediaVest
12 Group, Inc. d/b/a Spark Communications

13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  **DIGITAS, INC., AND STARCOM MEDIAVEST GROUP, INC. d/b/a SPARK COMMUNICATIONS**<br><br>             Plaintiff,<br><br>     v.<br><br>**BIZCN.COM d/b/a CNOBIN.COM, ROOT ESOLUTIONS and EVERYDNS.NET,**<br><br>             Defendants. | CASE NO. 3:09-cv-04553-SI<br><br>**STIPULATION BETWEEN PLAINTIFFS AND BIZCN.COM d/b/a CNOBIN.COM FOR ENTRY OF PERMANENT INJUNCTION AGAINST BIZCN.COM TO PREVENT BIZCN.COM FROM ENABLING INFRINGING WEB SITES BY IMMEDIATELY TRANSFERING KNOCK OFF DOMAINS; AND [PROPOSED] ORDER THEREON**<br><br>Date:         October 16, 2009<br>Time:         Unknown<br>Courtroom     10<br>Judge:        Hon. Illston<br>Action Filed: September 25, 2009<br>Trial Date:   TBD |

1

STIPULATION BETWEEN PLAINTIFFS AND BIZCN.COM

2006424-1

## STIPULATION BETWEEN PLAINTIFFS AND EVERYDNS FOR ENTRY OF PERMANENT INJUNCTION AGAINST EVERYDNS

WHEREAS, Plaintiffs Starcom MediaVest Group, Inc. d/b/a Spark Communications ("Spark"), and Digitas, Inc. ("Digitas") (collectively "Plaintiffs"), filed an original complaint on September 25, 2009, and a First Amended Complaint ("Complaint" or "action") against Bizcn.com d/b/a Cnobin.com ("Bixcn"), root eSolutions d/b/a Root.lu ("Root"), and EveryDNS.net ("EveryDNS") (collectively "Defendants") on September 28, 2009 (Dkt. 9).

WHEREAS, Plaintiffs brought this action to stop Defendants from facilitating a known hacker's creation of unauthorized and infringing web sites located at http://spark-smg.com ("Knockoff Site"); and http://digitas-usa.com ("Knockoff Site 2"), collectively "Knockoff Sites". Whereas the domains for the Knockoff Sites (hereinafter "Knockoff Domains"), incorporate Plaintiffs' respective trademarks, in their entirety.

WHEREAS, the Knockoff Site copies Plaintiff Spark's legitimate web site located at http://sparksmg.com ("Spark Site") in its entirety to perpetrate fraudulent schemes. The Knockoff Site 2 copies Plaintiff Digitas' legitimate web site located at http://digitas.com ("Digitas Site") in its entirety to perpetrate fraudulent schemes.

WHEREAS, Defendant Bizcn acknowledges service of the Complaint, and the Court ordered service by email was effected as of September 29, 2009.

WHEREAS, Plaintiffs and Bizcn have agreed that Bizcn will resolve this dispute by permanently, and forever disabling the Knockoff Domains such that they cannot be accessed through Bizcn technology.

WHEREAS Defendant Bizcn confirmed that (a) it has permanently disabled the Knockoff Site (located at http://spark-smg.com); and the Knockoff Site 2

(located at http://digitas-usa.com site); and (b) it has transferred the Knock Off Domains as follows:

    a. Knockoff Domain spark-smg.com, must be transferred to Plaintiff Spark; and

    b. Knockoff Domain 2 digitas-usa.com must be transferred to Plaintiff Digitas.

WHEREAS Defendant Bizcn does not oppose Plaintiffs' *Supplemental Ex parte Application for a Temporary Restraining Order* or its related *[Proposed] Order For Permanent Injunction And Immediate Transfer Of Knock Off Domains To Plaintiffs*; AND agrees to permanently disable the Knockoff Domains and transfer them to Plaintiffs. WHEREAS Plaintiffs will be entitled to seek all remedies, including attorneys fees, damages and restitution if the Knockoff Sites or Knockoff Domains are facilitated or enabled through Bizcn.

NOW THEREFORE, THE PLAINTIFFS AND DEFENDANT BIZCN DO HEREBY STIPULATE AS FOLLOWS:

**BIZCN WILL BE PERMANENTLY ENJOINED AND HEREBY RESTRAINED from:**

1. Facilitating or enabling the continued operation of two infringing web sites http://spark-smg.com ("Knockoff Site") and http://digitas-usa.com ("Knockoff Site 2"). Defendant Bizcn.com is hereby ordered to shut down the Knockoff Sites and disable access to them.

2. Permitting ownership of the infringing domains ("Knockoff Domains") for the Knockoff Sites to be in the names of any other party besides Plaintiffs. Specifically, Defendant Bizcn, the domain name registrar for both Knockoff Domains, is ordered to immediately transfer ownership of the Knockoff Domains as follows:

     a. Knockoff Domain spark-smg.com, must be transferred to Plaintiff Spark; and

     b. Knockoff Domain 2 digitas-usa.com must be transferred to Plaintiff Digitas.

3. The above Permanent Injunction is effective immediately.

4. Upon entry of the [Proposed] Order below, Bizcn will be dismissed from this lawsuit, without prejudice.

Dated: October 16, 2009       WILDMAN, HARROLD, ALLEN & DIXON LLP

/s/ Dominique R. Shelton
DOMINIQUE R. SHELTON
WILDMAN, HARROLD, ALLEN & DIXON LLP

Attorneys for Plaintiffs Digitas, Inc. and Starcom MediaVest Group, Inc. d/b/a Spark Communications

Dated: October 16, 2009       BIZCN.COM d/b/a CNOBIN.COM

By: Jimmy Zhuang

Its: Vice President

**IT IS SO ORDERED**

DATED: _____, 2009

By: _____
Hon. Susan Illston
United States District Judge

STIPULATION BETWEEN PLAINTIFFS AND BIZCN.COM

2006424-1

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | Johnice Cox, an employee of the firm Wildman, Harrold, Allen & Dixon |
| 3 | LLP, hereby certifies that she caused a true and correct copy of the foregoing |
| 4 | **STIPULATION BETWEEN PLAINTIFFS AND BIZCN.COM d/b/a** |
| 5 | **CNOBIN.COM FOR ENTRY OF PERMANENT INJUNCTION AGAINST** |
| 6 | **BIZCN.COM TO PREVENT BIZCN.COM FROM ENABLING** |
| 7 | **INFRINGING WEB SITES BY IMMEDIATELY TRANSFERING KNOCK** |
| 8 | **OFF DOMAINS; AND [PROPOSED] ORDER THEREON** to be served upon |
| 9 | the following-named persons, via E-Mail/PDF, on October 21, 2009: |

Bizcn.com, Inc. d/b/a
Cnobin.com
2200 Powell St., Suite 1085
Emeryville, CA 94608-1877
E-Mail: jimmyz@bizcn.com,
angela@cnobin.com

Root eSolutions
35 Rue John F. Kennedy
L-7327 Steinsel
Luxembourg
E-Mail: INFO@ROOT.LU;
AB@ROOT.LU

_____
Johnice Cox