WILDMAN, HARROLD, ALLEN & DIXON LLP
Michael Dockterman (*pro hac vice application to be filed*)
dockterman@wildman.com
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
Telephone:   (312) 201-2000
Facsimile:    (312) 201-2555

Dominique R. Shelton (SBN 157710)
dshelton@wildman.com
Clinton J. McCord (SBN 204749)
9665 Wilshire Boulevard, Suite 200
Los Angeles, CA 90212
Telephone:   (310) 860-8700
Facsimile:    (310) 860-3800

Attorneys for Plaintiffs Digitas, Inc., and Starcom MediaVest Group, Inc. d/b/a Spark Communications

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARCOM MEDIAVEST GROUP, INC. d/b/a SPARK COMMUNICATIONS<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BIZCN.COM d/b/a CNOBIN.COM, ROOT ESOLUTIONS and EVERYDNS.NET,<br><br>　　　　　　　Defendants. | CASE NO. 3:09-cv-04553-SI<br><br>**REQUEST TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE; PROPOSED ORDER**<br><br>Date:　January 15, 2010<br>Time:　2:30 p.m.<br>Ctrm.:　10<br><br>[L.R. 16-10(a)] |

---

1

REQUEST FOR TELEPHONIC APPEARANCE

2027873-1

## REQUEST

Pursuant to Civil Local Rule 16-10(a), Plaintiffs Starcom Mediavest Group, Inc. d/b/a Spark Communications and Digitas, Inc., hereby request permission to participate in the case management conference, currently scheduled for January 15, 2010, at 2:30 p.m., by telephone.

Dated: January 5, 2010

Respectfully submitted,

/s/ Clinton J. McCord
WILDMAN, HARROLD, ALLEN &
DIXON LLP

Michael Dockterman
(dockterman@wildman.com)
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
Michael Dockterman
(dockterman@wildman.com)

Dominique R. Shelton
(dshelton@wildman.com)
Clinton J. McCord
(mccord@wildman.com)
9665 Wilshire Boulevard, Suite 200
Los Angeles, CA 90212
Telephone: (310) 860-8700

**IT IS SO ORDERED.**

DATED: JANUARY ____, 2010.

By: /s/ Susan Illston
Hon. Susan Illston
United States District Judge

# CERTIFICATE OF SERVICE

Johnice Cox, an employee of the firm Wildman, Harrold, Allen & Dixon LLP, hereby certifies that she caused a true and correct copy of the foregoing **[PROPOSED] ORDER FOR PERMANENT INJUNCTION AND IMMEDIATE TRANSFER OF KNOCK OFF DOMAINS TO PLAINTIFFS;** to be served upon the following-named persons, via E-Mail, on January 5, 2010:

Bizcn.com, Inc., d/b/a Cnobin.com
2200 Powell St., Suite 1085
Emeryville, CA 94608-1877
Info@cnobin.com;
support@cnobin.com

Everydns.net
c/o David Ulevitch
2601 Greenwich, #4
San Francisco, CA 94123
david@ulevitch.com; abuse@everydns.net

Root eSolutions
35, rue John F. Kennedy
7327 Steinsel
Luxembourg
info@root.lu; ab@root.lu

             /s/ Johnice Cox
             Johnice Cox