WILDMAN, HARROLD, ALLEN & DIXON LLP
Michael Dockterman (*pro hac vice application to be filed*)
dockterman@wildman.com
225 West Wacker Drive, Suite 2800
Chicago, IL 60606-1229
Telephone: (312) 201-2000
Facsimile: (312) 201-2555

Dominique R. Shelton (SBN 157710)
dshelton@wildman.com
Clinton J. McCord (SBN 204749)
9665 Wilshire Boulevard, Suite 200
Los Angeles, CA 90212
Telephone: (310) 860-8700
Facsimile: (310) 860-3800

Attorneys for Plaintiffs Digitas, Inc., and Starcom MediaVest Group, Inc. d/b/a Spark Communications

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIGITAS, INC., AND STARCOM MEDIAVEST GROUP, INC. d/b/a SPARK COMMUNICATIONS**<br><br>Plaintiffs,<br><br>v.<br><br>**BIZCN.COM d/b/a CNOBIN.COM, ROOT ESOLUTIONS and EVERYDNS.NET,**<br><br>**Defendants.** | CASE NO. 3:09-cv-04553-SI<br><br>**REQUEST FOR DISMISSAL WITHOUT PREJUDICE AND ORDER RETAINING JURISDICTION BY COURT**<br><br>Courtroom 10<br>Judge: Hon. Illston<br>Trial Date: None<br><br>[F.R.C.P. 41(a)(1)(A)] |

1
REQUEST FOR DISMISSAL

2028702-1

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs hereby request an Order from the Court dismissing this lawsuit **without** prejudice and retaining jurisdiction to enforce all judgments and orders issued in this matter, including the permanent injunction entered by the Court on October 22, 2009.[1]

Dated: January 8, 2010

WILDMAN, HARROLD, ALLEN & DIXON LLP

/Clinton J. McCord/
DOMINIQUE R. SHELTON
WILDMAN, HARROLD, ALLEN & DIXON LLP

Attorneys for Plaintiffs Digitas, Inc. and Starcom MediaVest Group, Inc. d/b/a Spark Communications

**IT IS SO ORDERED**

DATED: _____, 2010

By: _____
Hon. Susan Illston
United States District Judge

---

[1] "A district court retains jurisdiction to enforce its judgments..." *United States v. FMC Corp.*, 531 F.3d 813, 819 (9th Cir. 2008).

## CERTIFICATE OF SERVICE

Johnice Cox, an employee of the firm Wildman, Harrold, Allen & Dixon LLP, hereby certifies that she caused a true and correct copy of the foregoing **REQUEST FOR DISMISSAL WITHOUT PREJUDICE AND ORDER RETAINING JURISDICTION BY COURT** to be served upon the following-named persons, via E-Mail/PDF, on January 8, 2010:

Bizcn.com, Inc. d/b/a
Cnobin.com
2200 Powell St., Suite 1085
Emeryville, CA 94608-1877
E-Mail: INFO@CNOBIN.COM

David Ulevitch
Everydns.net
2601 Greenwich #4
San Francisco, CA 94123
E-Mail: DAVID@ULEVITCH.COM;
ABUSE@EVERYDNS.NET

Root eSolutions
35 Rue John F. Kennedy
L-7327 Steinsel
Luxembourg
E-Mail: INFO@ROOT.LU;
AB@ROOT.LU

_/s/ Johnice Cox_
Johnice Cox